IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01817-BNB

MAX A. McLINN,

     Applicant,

v.

PAROLE COMMISSION, and
BUREAU OF PRISONS,

     Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

OCT 3 0 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DISCHARGING ORDER TO SHOW CAUSE

---

On October 4, 2006, the Court ordered Applicant Max A. McLinn to show cause

within thirty days why the instant Application for a Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2241 should not be denied because the appropriate jurisdiction in which to file

the action is the United States District Court for the District of South Carolina. On

October 16, 2006, Mr. McLinn submitted a Response that appears to demonstrate that

he has filed the instant action in the proper jurisdiction.

Therefore, the Application will not be denied at this time. The October 4, 2006,

Order to Show Cause will be discharged. Accordingly, it is

ORDERED that the October 4, 2006, Order to Show Cause is discharged.

DATED at Denver, Colorado, this 27th day of October, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No.  06-cv-01817-BNB

Max A. McLinn
Reg. No. 14589-086
FCI - Edgefield
PO Box 725
Edgefield, SC 29824


     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _10/30/06_


GREGORY C. LANGHAM, CLERK


By:_____
             Deputy Clerk